[Civil No. 4456.   Filed October 26, 1942.]

[130 Pac. (2d) 39.]

## J. H. HALL, RAYMOND HALL, PRODUCERS MINES, INC., and EDDIE PYEATT, Appellants, v. LOUIS L. WALLACE, JR., as Administrator of the Estate of VENA V. TEETER, Deceased, Appellee.

Messrs. Struckmeyer & Struckmeyer, and Mr. E. Elmo Bollinger, for Appellants.

Mr. Louis L. Wallace, of Kingman, Arizona, and Mr. Alfred T. Cluff, of Los Angeles, California, for Appellee.

PER CURIAM.—This case was consolidated and tried in the lower court with case No. 4455, J. H. Hall et al., appellants, v. Louis L. Wallace, Jr., as administrator, appellee, *ante*, p. 503, 130 Pac. (2d) 36, and, although separately appealed, was heard on the same record.

For the reasons stated in case No. 4455, the judgment of the superior court is reversed and the case remanded with instructions to enter judgment in favor of defendants.

LOCKWOOD, C. J., and McALISTER and ROSS, JJ., concur.